Joshua T. Kluewer (SBN 314105)
KLUEWER LAW P.C.
835 Wilshire Blvd. 5th Floor
Los Angeles, CA 90017
T: (213) 465-2647
E: *jkluewer@kluewerlaw.com*

*Attorney for Plaintiff, Crown Packaging Corp.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CROWN PACKAGING CORP. | CASE NO. |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | 1. Breach of Contract; |
|  | 2. Money Had and Received; |
| LEVECKE CORPORATION | 3. Open Book Account; |
|  | 4. Account Stated; |
| Defendant. | 5. Goods Sold and Delivered. |

Plaintiff, Crown Packaging Corp. ("Plaintiff" or "Crown Packaging") hereby asserts this complaint against the defendant, LeVecke Corporation ("LeVecke Corporation" or "Defendant") and states as follows:

## INTRODUCTION

1. This action arises from LeVecke Corporation's refusal to pay Crown Packaging for packaging products that Crown Packaging provided to LeVecke Corporation. Crown Packaging Corp is a full-service provider of packaging materials, equipment, and services. LeVecke Corporation is a producer and distributor of alcoholic beverages. Pursuant to a contractual arrangement, Crown Packaging agreed to supply LeVecke Corporation with substantial quantities of packaging materials and LeVecke Corporation agreed to pay for these packaging materials. However, after Crown Packaging provided LeVecke Corporation with the relevant packaging materials, LeVecke Corporation declined to pay for those packaging materials.

2. Crown Packaging has repeatedly demanded that LeVecke Corporation make payment to Crown Packaging, but LeVecke Corporation not done so. Because LeVecke Corporation has refused to pay its debt to Crown Packaging, Crown Packaging asserts this action in order to compel payment.

## PARTIES

3. Plaintiff, Crown Packaging Corp., is a Missouri corporation with its

principal place of business in Chesterfield, Missouri. Crown Packaging Corp is a full-service provider of packaging materials, equipment, and services.

4. Defendant, LeVecke Corporation is a California corporation with a principal place of business in Mira Loma, California. LeVecke Corporation is a producer and distributor of alcoholic beverages.

## JURISDICTION AND VENUE

5. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has subject matter jurisdiction over the instant action. Complete diversity of citizenship exists between the parties because Crown Packaging is a Missouri corporation with its principal place of business in Missouri. LeVecke Corporation is a California corporation with its principal place of business in California. The amount in controversy exceeds $75,000 exclusive of interest and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) as LeVecke Corporation is a resident of this district. Venue is similarly proper in this Court per 28 U.S.C. § 1391(b)(2) as a substantial part of the events giving rise to the action occurred in this district.

## FACTS

7. Crown Packaging and LeVecke Corporation have been doing business together for years. Per the business arrangement between Crown Packaging and LeVecke Corporation, Crown Packaging provided LeVecke Corporation with

packaging products and LeVecke Corporation was obligated to pay Crown Packaging for these products.

8. Between April and June 2024, Crown Packaging invoiced LeVecke Corporation for packaging products that Crown Packaging supplied to LeVecke Corporation. LeVecke Corporation has not paid Crown Packaging for these products. Attached hereto as exhibit 1 and incorporated by reference as though fully set forth herein is a true and correct copy of an itemization of the amounts that LeVecke Corporation owes Crown Packaging. Attached hereto as exhibit 2 are the invoices evidencing LeVecke Corporation's debt to Crown Packaging. As demonstrated by the attached documents, LeVecke Corporation owes Crown Packaging $511,333.78.

9. Crown Packaging has repeatedly requested that LeVecke Corporation pay Crown Packaging the amounts that LeVecke Corporation owes Crown Packaging. However, LeVecke Corporation has declined to do so. LeVecke Corporation has acknowledged in emails that LeVecke Corporation owes Crown Packaging money at issue in this litigation. A true and correct copy of an email wherein LeVecke Corporation acknowledges its debt to Crown Packaging are attached hereto as exhibit 3.

10. Accordingly, Crown Packaging asserts this action to compel LeVecke Corporation to pay the amounts that LeVecke Corporation owes Crown Packaging.

## FIRST CAUSE OF ACTION

**(Breach of Contract by Crown Packaging against LeVecke Corporation)**

11. Plaintiff re-alleges and incorporates the above paragraphs as though fully set forth herein.

12. A valid contract exists between Crown Packaging and LeVecke Corporation. Specifically, Crown Packaging agreed to provide LeVecke Corporation with packaging products per LeVecke Corporation's orders and LeVecke Corporation agreed to pay Crown Packaging. This contract is evidenced by the invoices, which are attached hereto as exhibit 2 and are incorporated by reference as though fully set forth herein.

13. Crown Packaging performed its obligations per this contract by providing packaging products to LeVecke Corporation. LeVecke Corporation received these packaging products.

14. LeVecke Corporation has breached this contract with Crown Packaging by failing to pay Crown Packaging for the packaging products that Crown Packaging provided to LeVecke Corporation.

15. As a result of LeVecke Corporation's breach of contract, Crown Packaging has suffered damages in at least the amount of $511,333.78.

16. Therefore, the Court should enter judgment in favor of Crown Packaging

against LeVecke Corporation in the amount of $511,333.78 plus costs, fees and interest.

## SECOND CAUSE OF ACTION

### (Money Had and Received by Crown Packaging against LeVecke Corporation)

17. Plaintiff re-alleges and incorporates the above paragraphs as though fully set forth herein.

18. Where the failure of consideration is total, the law implies a promise by the non-performing party to repay what that non-performing party has received.

19. LeVecke Corporation is in possession of money that rightfully belongs to Crown Packaging. LeVecke Corporation owes Crown Packaging $511,333.78 for the packaging products that LeVecke Corporation has received and for which LeVecke Corporation has not paid. With respect to the packaging products for which LeVecke Corporation has not paid, there has been a total failure of consideration.

20. There is a statement of a sum certain with respect to LeVecke Corporation's debt to Crown Packaging. Specifically, LeVecke Corporation owes Crown Packaging $511,333.78. In equity and good conscience, LeVecke Corporation should pay this money to Crown Packaging.

21. As a result of LeVecke Corporation's conduct, Crown Packaging has suffered damages in at least the amount of $511,333.78.

22. Therefore, the Court should enter judgment in favor of Crown Packaging against LeVecke Corporation in the amount of $511,333.78 plus costs, fees and interest.

### THIRD CAUSE OF ACTION

**(Open Book Account by Crown Packaging against LeVecke Corporation)**

23. Plaintiff re-alleges and incorporates the above paragraphs as though fully set forth herein.

24. Crown Packaging and LeVecke Corporation engaged in financial transactions whereby Crown Packaging was to sell packaging products to LeVecke Corporation and LeVecke Corporation was to pay for these packaging products. These transactions are evidenced by the itemization and invoices attached hereto as exhibits 1 and 2. Crown Packaging provided these packaging products to LeVecke Corporation as agreed. LeVecke Corporation accepted and received the packaging products and treated the packaging products in a manner inconsistent with the contention that Crown Packaging owned these packaging products.

25. Crown Packaging kept an account of debits and credits in connection with the transaction between Crown Packaging and LeVecke Corporation. This account of debits and credits was a detailed statement, which constitutes the principal record of several transactions between Crown Packaging as a creditor and LeVecke Corporation as a debtor arising out of a contractual relationship. Crown Packaging

created this account in the ordinary course of business. Crown Packaging maintained this account in a reasonably permanent manner.

26. LeVecke Corporation owes Crown Packaging money in connection with this open account.

27. The amount of money that LeVecke Corporation owes Crown Packaging in connection with this open book account is $511,333.78.

28. LeVecke Corporation has failed to pay Crown Packaging this money.

29. Crown Packaging has suffered damages in at least the amount of $511,333.78.

30. Therefore, the Court should enter judgment in favor of Crown Packaging against LeVecke Corporation in the amount of $511,333.78 plus costs, fees and interest.

## FOURTH CAUSE OF ACTION
**(Account Stated by Crown Packaging against LeVecke Corporation)**

31. Plaintiff re-alleges and incorporates the above paragraphs as though fully set forth herein.

32. A previous transaction occurred between Crown Packaging, as a creditor, and LeVecke Corporation, as a debtor. Specifically, Crown Packaging sold and delivered packaging products to LeVecke Corporation. This transaction is evidenced by the itemization and invoices attached hereto as exhibits 1 and 2. LeVecke

Corporation accepted and received the packaging products and treated the packaging products in a manner inconsistent with the contention that Crown Packaging owned them.

33. LeVecke Corporation agreed to pay Crown Packaging in full for these packaging products. As demonstrated by the itemization and invoices attached hereto as exhibits 1 and 2, LeVecke Corporation and Crown Packaging have agreed that LeVecke Corporation owes Crown Packaging $511,333.78. LeVecke Corporation has expressly or implicitly promised to pay Crown Packaging this money.

34. LeVecke Corporation has not paid Crown Packaging this money.

35. Crown Packaging has suffered damages in at least the amount of $511,333.78.

36. Therefore, the Court should enter judgment in favor of Crown Packaging against LeVecke Corporation in the amount of $511,333.78 plus costs, fees, and interest.

## FIFTH CAUSE OF ACTION

**(Goods Sold and Delivered by Crown Packaging against LeVecke Corporation)**

37. Plaintiff re-alleges and incorporates the above paragraphs as though fully set forth herein.

38. There is a statement of indebtedness for a sum certain due and owing from LeVecke Corporation to Crown Packaging. Specifically, LeVecke Corporation owes Crown Packaging $511,333.78.

39. Crown Packaging gave lawful consideration to LeVecke Corporation in connection with the transaction that gives rise to LeVecke Corporation's debt to Crown Packaging. Specifically, Crown Packaging provided LeVecke Corporation with packaging products. Crown Packaging sold and delivered these packaging products to LeVecke Corporation. LeVecke Corporation accepted and received the packaging products and treated the packaging products in a manner inconsistent with the contention that Crown Packaging owned them.

40. LeVecke Corporation has not paid Crown Packaging in full for these packaging products.

41. Crown Packaging has suffered damages in at least the amount of $511,333.78

42. Therefore, the Court should enter judgment in favor of Crown Packaging against LeVecke Corporation in the amount of $511,333.78 plus costs, fees, and interest.

**WHEREFORE,** plaintiff, Crown Packaging prays for judgment as follows:

**ON THE FIRST CAUSE OF ACTION**

1. For damages in the amount of $511,333.78;

2. For costs, fees and interest;

    3. For other relief as this Court deems just and appropriate.

**ON THE SECOND CAUSE OF ACTION**

    1. For damages in the amount of $511,333.78;

    2. For costs, fees and interest;

    3. For other relief as this Court deems just and appropriate.

**ON THE THIRD CAUSE OF ACTION**

    1. For damages in the amount of $511,333.78;

    2. For costs, fees and interest;

    3. For other relief as this Court deems just and appropriate.

**ON THE FOURTH CAUSE OF ACTION**

    1. For damages in the amount of $511,333.78;

    2. For costs, fees and interest;

    3. For other relief as this Court deems just and appropriate.

**ON THE FIFTH CAUSE OF ACTION**

    1. For damages in the amount of $511,333.78;

    2. For costs, fees and interest;

    3. For other relief as this Court deems just and appropriate.

Dated: July 17, 2025

                                            Respectfully submitted,

                                            **KLUEWER LAW P.C.**

                                          By: */s/ Joshua T. Kluewer*
                                                    Joshua T. Kluewer Esq.
                                                    *Attorney for Plaintiff, Crown Packaging Corporation*